UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Jeffrey E. Jenkins, Esquire

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cynthina Primas-Taylor
    debtor(s)

Case Number: _____18-22428_____

Hearing Date: _____

Judge: _____ABA_____

Chapter: _____13_____

Recommended Local Form: ☑ Followed ☐ Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good

cause shown, it is

ORDERED that the debtor's request is:

☑    Granted.  The deadline to file schedules is extended to _____July 19, 2018_____.

☐    Denied.

*rev.8/1/15*

2