UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Santander Consumer USA Inc.
Our File No.: 47302
JM-5630

**Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Cynthia Primas-Taylor

| | |
|---|---|
| Case No.: | 18-22428 |
| Hearing Date: | 10-16-2018 |
| Judge: | ABA |
| Chapter: | 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Santander Consumer USA Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏ Real property more fully described as:

☑ Personal property more fully described as:

   2008 BMW X3
   Vehicle Identification Number
   WBXPC93498WJ14664

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Cynthia Primas-Taylor  
    Debtor

Case No. 18-22428-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 16, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db        +Cynthia Primas-Taylor,   27 Monmouth Avenue,   Berlin, NJ 08009-1184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
- Eric Clayman   on behalf of Debtor Cynthia Primas-Taylor jenkins.clayman@verizon.net, connor@jenkinsclayman.com
- Jeffrey E. Jenkins   on behalf of Debtor Cynthia Primas-Taylor jenkins.clayman@verizon.net, connor@jenkinsclayman.com
- John R. Morton, Jr.   on behalf of Creditor  Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
- Rebecca Ann Solarz   on behalf of Creditor  DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
- Thomas J Subranni    trustee@subranni.com, ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
- Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com, ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 7