**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:                                         Case No.: 18-22428
PRIMAS-TAYLOR, CYNTHIA           Chapter 7
                                             Judge: Andrew B. Altenburg, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on November 20, 2018 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 27 MONMOUTH AVENUE, BERLIN, NJ 08009 | $420,000.00 | $502,657.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Thomas J. Subranni
Address:      1624 Pacific Avenue, Atlantic City, NJ 08401
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-22428-ABA
Cynthia Primas-Taylor                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1          Date Rcvd: Oct 17, 2018
                              Form ID: pdf905           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db          +Cynthia Primas-Taylor,   27 Monmouth Avenue,   Berlin, NJ 08009-1184
cr          +Santander Consumer USA Inc.,   PO Box 961245,   Fort Worth, TX 76161-0244
517653462   +Brynn Taylor,   12 Langrock Way,   Burlington, NJ 08016-2913
517601431   +Ditech,   c/o KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,   Collingswood, NJ 08108-2812
517601432   +Drexel University,   c/o Cecil E. Canady Sr., Court Officer,   PO Box 867,
              Mount Laurel, NJ 08054-0867
517649017    Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,   GLHEC and Affiliates,
              PO BOX 8961,   Madison, WI 53708-8961
517601434   +Santander,   PO Box 961245,   Fort Worth, TX 76161-0244
517639273   +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:14   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:10   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517601429   +E-mail/Text: taxcollector@berlinnj.org Oct 18 2018 00:48:02   Borough of Berlin,
              59 S. White Horse Pike,   Berlin, NJ 08009-2392
517601430    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 00:55:20   Capital One,
              15000 Capital One Drive,   Henrico, VA 23238
517671422    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 00:55:20
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
517601433   +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2018 00:54:51   Navient,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              Eric Clayman    on behalf of Debtor Cynthia  Primas-Taylor jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Cynthia  Primas-Taylor jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Thomas J Subranni    trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7