Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  18−22428−ABA
          Chapter:  7
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia Primas−Taylor
   27 Monmouth Avenue
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−7711

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 21, 2018</u>
                                     <u>Andrew B. Altenburg Jr.</u>
                                     Judge, United States Bankruptcy Court